Naoki S. Kaneko, SBN 252285
nkaneko@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: 949-475-1500 | Fax: 949-475-0016

James P. Muehlberger, *pro hac vice* to be filed
jmuehlberger@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816-474-6550 | Fax: 816-421-5547

Joan R. Camagong, SBN 288217
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, California 94104
Tel: 415-544-1900 | 415-391-0281

Attorneys for Defendant
Unilever United States, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE KRAUSE-PETTAI, SCOTT GRIMM, STEVE TABU LANIER, CHRISTY STEVENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-01672-DMS-BLM<br><br>Judge: Hon. Dana M. Sabraw<br>Ctrm: 13A<br>Action Filed: August 26, 2020<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>[Filed Concurrently with Stipulation]<br><br>Complaint Served:<br>September 22, 2020<br><br>Current Response Date:<br>October 13, 2020<br><br>New Response Date:<br>November 12, 2020 |

|   |   |
|---|---|
| 1 | Currently before the Court is the parties' Stipulation for Extension of Time to |
| 2 | Respond to Plaintiffs' Class Action Complaint.  Good cause appearing, the stipulation |
| 3 | is GRANTED. |
| 4 | Defendant's deadline to respond to Plaintiffs' Complaint is extended to |
| 5 | November 12, 2020. |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: October 6, 2020 |

_____
Hon. Dana M. Sabraw
United States District Judge