1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| NICOLE KRAUSE-PETTAI, SCOTT GRIMM, STEVE TABU LANIER, CHRISTY STEVENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-01672-DMS-BLM<br><br>Judge: Hon. Dana M. Sabraw<br>Ctrm: 13A<br>Action Filed: August 26, 2020<br><br>**ORDER GRANTING JOINT MOTION TO SET DEADLINES FOR PLAINTIFFS TO AMEND COMPLAINT AND FOR DEFENDANT TO RESPOND** |

1" = "1" "4816-7123-6305 V1" "" 4816-7123-6305 V1

Upon consideration of the parties' Joint Motion to Set Deadlines for Plaintiffs to Amend Complaint and For Defendant to Respond, the motion is GRANTED:

1. Plaintiffs will amend their Complaint by December 2, 2020.
2. Defendant will have 21 days after the filing of the Amended Complaint to respond.

**IT IS SO ORDERED.**

Dated: November 12, 2020

_____
Hon. Dana M. Sabraw
United States District Judge