UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE KRAUSE-PETTAI, SCOTT GRIMM, STEVE TABU LANIER, CHRISTY STEVENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-01672-DMS-BLM<br><br>Judge: Hon. Dana M. Sabraw<br>Ctrm: 13A<br>Action Filed: August 26, 2020<br><br>**ORDER TO SET BRIEFING SCHEDULE ON UNILEVER'S MOTION TO DISMISS** |

## [PROPOSED] ORDER

Upon consideration of the Parties' Stipulation, it is hereby GRANTED:

1. Defendant shall file its motion to dismiss to Plaintiffs' Amended Complaint by January 15, 2021.
2. Plaintiffs shall file their opposition to Plaintiff's motion to dismiss by February 12, 2021.
3. Defendant shall file its reply by March 5, 2021.

IT IS SO ORDERED.

Dated:  December 28, 2020

_____
Hon. Dana M. Sabraw
United States District Judge