# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE KRAUSE-PETTAI, SCOTT GRIMM, STEVE TABU LANIER, CHRISTY STEVENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  20cv1672 DMS (BLM)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendant's motion to dismiss is currently scheduled for hearing on March 19, 2021. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the March 19, 2021 hearing is vacated.

**IT IS SO ORDERED**.

Dated:  March 15, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court