1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11   NICOLE KRAUSE-PETTAI, SCOTT GRIMM,          Case No.:  20cv1672-DMS(BLM)
     STEVE TABU LANIER, AND CHRISTY
12   STEVENS, individually and on behalf of all   **ORDER IMPOSING SANCTIONS**
     others similarly situated,
13

14                                   Plaintiffs,

15   V.

16   UNILEVER UNITED STATES, INC. AND DOES
     1-10
17

18                                   Defendants.

19

20        On April 23, 2021, the Court issued an order setting an Early Neutral Evaluation

21   conference for June 2, 2021.  ECF No. 19.  The order stated in relevant part:

22        All parties, adjusters for insured parties, and other representatives of a party

23        having full and complete authority to enter into a binding settlement, and the

24        principal attorneys responsible for the litigation, must be present **<u>via</u>**

         **<u>videoconference</u>** and legally and factually prepared to discuss settlement of the

25        case.  <u>Counsel appearing without their clients (whether or not counsel has been</u>

26        <u>given settlement authority) will be cause for immediate imposition of sanctions</u>

27        <u>and may also result in the immediate termination of the conference.</u>

28   <u>Id.</u> at 2.  The order also required the parties to provide the court with the name, title, email

1

address, and phone number for each participant, "including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation" to enable the Court to provide the participants with the videoconference access information.  Id. at 4.

On May 21, 2021, Plaintiffs' counsel's Administrative Assistant/Paralegal provided the requested contact information for the involved attorneys but did not provide the requested information for the named Plaintiffs.  In response to this oversight, Judge Major's law clerk telephoned Plaintiffs' counsel at 4:44 p.m. on May 26, 2021.  Plaintiffs' counsel was unavailable so the clerk left a message with the receptionist reminding counsel that the named Plaintiffs must attend the Early Neutral Evaluation.

Despite the Court's clear order and additional reminder, Plaintiffs' counsel, Mr. Stanley D. Saltzman and Mr. Joel M. Gordon, appeared at the Early Neutral Evaluation without any of their clients.  Because Messrs. Saltzman and Gordon decided not to include their clients in the Early Neutral Evaluation, the Court was unable to engage in the Early Neutral Evaluation process. Accordingly, the Court finds it appropriate to sanction Messrs. Saltzman and Gordon in the amount of $500 payable to the Miscellaneous Fines, Penalties and Forfeitures, Not Otherwise Classified, fund of the United States Treasury.  See ECF No. 19 at 2; see also CivLR 16.1(c)(1c) (discussing Early Neutral Evaluation Conferences and noting "[a]ttendance may be excused only for good cause shown and by permission of the Court. Sanctions may be appropriate for an unexcused failure to attend."); CivLR 83.1 (Sanctions for Noncompliance with Rules).   Messrs. Saltzman and Gordon must mail their payment to Clerk of the Court, 333 W Broadway, Ste 420, San Diego, CA 92101 or pay in person at the Clerk's Office on the 4th floor.  Messrs. Saltzman and Gordon must pay the sanction by **June 25, 2021** and must file a declaration stating that the payment has been made in accordance with this Order on or before **June 30, 2021**.

**IT IS SO ORDERED.**

Dated:  6/11/2021

Hon. Barbara L. Major
United States Magistrate Judge

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20CV1672-DMS(BLM)