UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE LINDA LOPEZ | **ORDER OF TRANSFER** |

The following cases are transferred from the calendar of the Honorable Dana M. Sabraw to the calendar of the Honorable Linda Lopez. After this transfer, the case number should be changed to reflect the initials of Judge Lopez. Therefore, in all case numbers, the "DMS" that appears after the case number should be changed to "LL." The assigned magistrate judge will remain the same. This change should be made on all future filings to ensure that all documents are properly sent to Judge Lopez. All dates currently set before Judge Sabraw remain as scheduled before Judge Lopez. Dates before the Magistrate Judge are unaffected by this Order.

1. 20cv0887, *Uhlig v. Fairn & Swanson Holding, Inc.*
2. 20cv0894, *Gross v. Vilore Foods Company, Inc.*
3. 20cv1258, *Morand-Doxzon v. Delaware North Companies Sportservice, Inc.*
4. 20cv1672, *Krause-Pettai v. Unilever United States*
5. 20cv1856, *Theroux v. Hotcakes 5 Inc.*

6. 20cv2047, *Cota v. Bank of America Corp.*
7. 20cv2280, *Ramirez v. Miranda*
8. 21cv0091, *United States v. $49,812.40 in U.S. Currency*
9. 21cv0165, *F.R.V. V. Tri-City Healthcare District*
    (RELATED: 21cv0329, *FRV v. United States of America*)
10. 21cv810, *Buckelew v. Gore*
11. 21cv1029, *Russell v. United States*
12. 21cv1224, *Whittington v. Deines*
13. 21cv1225, *Overend v. Lincoln Life Assurance Company of Boston*
14. 21cv1313, *Delaware Life Ins. Co. v. Covenant Living Communities and Services*
15. 21cv1454, *Reiner v. Holton*
    (RELATED: 21cv2077, *Reiner v. Navarette*)
16. 21cv1488, *Simon v. Seaworld Parks & Entertainment, Inc.*

**IT IS SO ORDERED**.

Dated:  January 7, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court