Naoki S. Kaneko, SBN 252285
nkaneko@shb.com
Ryan H. Chan, SBN 323424
rchan@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: 949-475-1500 | Fax: 949-475-0016

Joan R. Camagong, SBN 288217
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel: 415-544-1900 | 415-391-0281

James P. Muehlberger, *pro hac vice*
jmuehlberger@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816-474-6550 | Fax: 816-421-5547

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE KRAUSE-PETTAI, SCOTT GRIMM, STEVE TABU LANIER, CHRISTY STEVENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-01672-DMS-BLM<br><br>Judge: Hon. Barbara L. Major<br>Ctrm: 13A<br>Action Filed: August 26, 2020<br><br>**DECLARATION OF NAOKI S. KANEKO IN SUPPORT OF DEFENDANT UNILEVER UNITED STATES, INC.'S OPPOSITION TO PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

I, Naoki S. Kaneko, hereby declare:

1. I am an attorney licensed to practice before this Court and before all state and federal courts in California. My State Bar Number is 252285. I am an

1

1   attorney with Shook, Hardy & Bacon L.L.P., counsel of record for Defendant
2   Unilever United States, Inc ("Unilever").  I make this declaration in support of
3   Unilever's Opposition to Plaintiffs' Ex Parte Application for Motion for Leave to
4   File a Third Amended Complaint ("Motion").  I have personal knowledge of the
5   facts stated herein, and, if called to testify, I could and would competently testify
6   thereto.
7         2.    On October 15, 2021, Unilever served written discovery requests –
8   special interrogatories and requests for production – to all four named Plaintiffs.
9         3.    On December 28, 2021, following several extensions of the deadline to
10  respond, all four named Plaintiffs served responses to Unilever written discovery
11  requests by email, including Plaintiff Steve Tabu Lanier, although he did not serve
12  responses to Unilever's special interrogatories.  Plaintiffs notified Unilever that they
13  were waiting on Mr. Lanier to approve his special interrogatory responses, and that
14  the responses would be served shortly thereafter.
15        4.    On January 18, 2022, when Mr. Lanier's responses were not served, I
16  emailed Plaintiffs' counsel, Joel Gordon, to confirm the status of Mr. Lanier.  In
17  February, and in advance of the parties' unsuccessful mediation, Mr. Gordon
18  confirmed Mr. Lanier was going to be dismissed.
19        5.    At no point in December 2021 (or in January or February 2022) did
20  Plaintiffs' counsel indicate any intent to substitute a new plaintiff for Mr. Lanier.
21        6.    On March 21, 2022, Plaintiffs' counsel emailed me to confirm
22  deposition dates for Plaintiffs Christy Stevens and Nicole Krause-Pettai.  In that
23  same email, Plaintiffs' counsel indicated for the first time that Plaintiffs would seek
24  to replace Plaintiffs Lanier and Grimm "with two new plaintiffs immediately."  In
25  subsequent conversations, I informed Plaintiffs' counsel that Unilever would
26  opposed any attempt to add new Plaintiffs as untimely.
27
28

1  I declare under penalty of perjury laws of the United States of America that
2  the foregoing is true and correct.  Executed this 1st day of June, in Irvine,
3  California.

4                                             */s/ Naoki S. Kaneko*
5                                             Naoki S. Kaneko

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28