UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE KRAUSE-PETTAI, SCOTT GRIMM, STEVE TABU LANIER, CHRISTY STEVENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  20cv1672-LL-BLM<br><br>**ORDER GRANTING JOINT MOTION OF VOLUNTARY DISMISSAL OF CLASS REPRESENTATIVES SCOTT GRIMM AND STEVE TABU LANIER**<br><br>**[ECF No. 47]** |

Currently before the Court is the parties' Joint Motion of Voluntary Dismissal of Class Representatives Scott Grimm and Steve Tabu Lanier ("Motion"). ECF No. 47. Good cause appearing, the Court **GRANTS** the Motion.

/ / /

/ / /

/ / /

/ / /

Plaintiffs Scott Grimm and Steve Tabu Lanier are hereby withdrawn as class representatives and their claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: June 28, 2022

Honorable Linda Lopez
United States District Judge